USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/17/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>      *Plaintiff,*<br>-against-<br><br>CITY OF NEW YORK, GINO PELAEZ and EDWIN CRESPO<br><br>      *Defendants.* | Case No: 20-CV-8429<br><br>**ORDER TO<br>PROCEED ANONYMOUSLY** |

### ORDER TO PROCEED ANONYMOUSLY

Upon the October 9, 2020, Motion by Plaintiff Jane Doe to Proceed Anonymously in this action, and upon the July 29, 2020 Affirmation in Support by Julia Elmaleh-Sachs, and the Affidavit in Support by Jane Doe, sworn to on July 21, 2020 and the Memorandum of Law:

It is hereby ORDERED and ADJUDGED that,

(i) the Motion is granted authorizing Plaintiff to proceed anonymously; and

(ii) Ordering that the Clerk enter the caption of this action at Index No. 20-CV-8429 in the Court's official docket as "*Jane Doe v. City of New York, et al.*"

Dated: __November 17__, 2020

                    _____
                    United States District Court Judge