USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/30/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE,**

                 **Plaintiff,**

    **-against-**

**CITY OF NEW YORK, ET AL.,**

                 **Defendants.**

**20-CV-08429 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' pre-motion conference letters in connection with Defendant City of New York's motion to dismiss and to proceed non-pseudonymously. ECF Nos. 15-16. Upon review of the submissions, Defendant City of New York's request for a pre-motion conference is **DENIED**. All current deadlines as to Defendant City of New York are adjourned sine die pending the New York State Supreme Court's decision on whether Plaintiff may file a late notice of claim. Defendant City of New York's request for an extension to respond to Plaintiff's complaint is hereby **DENIED** as moot.

      The parties are hereby directed to submit a joint status report by no later than **January 29, 2021**, including on the status of Plaintiff's case pending in state court.

      The Clerk of Court is directed to terminate ECF No. 15.

**SO ORDERED.**

**Dated:    December 30, 2020**
              **New York, New York**

                                                 **ANDREW L. CARTER, JR.**
                                                 **United States District Judge**