

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

William A. Grey
Senior Counsel
Labor & Employment Law Division
phone: (212) 356-1181
fax: (212) 356-1189(not for service)
email:wgrey@law.nyc.gov

January 29, 2020

**VIA ECF**
Honorable Andrew L. Carter, JR.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:  Doe v. City of New York, et al.
           Docket No. 20-CV-8429 (ALC)

Dear Judge Carter:

      I am a Senior Counsel in the office of James E. Johnson, Corporation Counsel of the City of New York, attorney for the Defendant City of New York ("City") in the above-referenced action.  I write today to provide the update ordered by the Court as to the status of Plaintiff's late notice of claim application in New York State Supreme Court.  See, Dkt. No. 18.

      Counsel for City of New York and for Jane Doe contacted Mr. Daniel Palmisano, a court attorney for the Honorable Justice Dakota Ramseur, via email to ascertain the status of the motion.  We have been informed that the matter remains sub judice.

      I have shared a copy of this letter with all counsel of record on the docket and they consented to its filing.

                                    Respectfully submitted,
                                                /s/
                                           William A. Grey
                                           Senior Counsel