USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __02/25/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JANE DOE,**<br><br>                         **Plaintiff,**<br><br>-against-<br><br>**CITY OF NEW YORK, ET AL.,**<br><br>                         **Defendants.** | **20-CV-08429 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's request to seal documents at ECF Nos. 1, 3 and 6.[1]

Plaintiff's request is hereby **GRANTED**. The Clerk of Court is directed to maintain these documents under seal.

Plaintiff is hereby **ORDERED** to file unsealed versions of the documents at ECF Nos. 1 and 3 by no later than February 26, 2021.

**SO ORDERED.**

**Dated:**   **February 25, 2021**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

---

[1] Plaintiff's request that the letter motions to seal be filed under seal is also **GRANTED**. These documents have been placed in the vault. ECF No. 22.