

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/08/2021__

# CRUMILLER P.C.

June 7, 2021

*VIA ECF*
Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

**MEMO ENDORSED**

    RE:    Doe v. City of New York, et al. – Case No. 20-CV-8429 (ALC)

Dear Judge Carter:

    We represent Plaintiff in the above-referenced action. We write today to provide an update to the Court as to the status of Plaintiff's late notice of claim application in New York State Supreme Court. As of Monday, May 31, 2021, Daniel Palmisano, a court attorney for the Honorable Justice Dakota Ramseur informed us that the matter remains *sub judice*.

    I have shared a copy of this letter with all counsel of record on the docket and Mr. Brill has consented to its filing.

        Respectfully Submitted,

        Julia Elmaleh-Sachs

**The parties are hereby ORDERED to submit a joint status report by no later than September 7, 2021.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 8, 2021

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com