

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __06/16/2021__

# CRUMILLER P.C.

June 15, 2021

*VIA ECF*
The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007



RE:   *Doe v. City of New York, et al.*, Case No. 20-CV-8429 (ALC)

Dear Judge Carter:

    We represent Plaintiff in the above-referenced action. I write respectfully to inform the Court that the New York State Supreme Court has issued a decision in the matter of Plaintiff's application in New York State Supreme Court for leave to file a late notice of claim, which is attached hereto. Plaintiff requests an extension of her time to amend her Complaint to June 30, 2021 to conform it to the decision. Defendant City of New York does not object.

Respectfully Submitted,

Julia Elmaleh-Sachs

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: June 16, 2021

212.390.8480 / 16 Court St, Ste 2500, Brooklyn, NY 11241 / crumiller.com