USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 07/23/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JANE DOE,**

                    **Plaintiff,**

       -against-

**CITY OF NEW YORK, ET AL.,**

                    **Defendants.**

**20-CV-08429 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' letters regarding Defendant City of New York's (hereinafter, "Defendant") request for a pre-motion conference in connection with Defendant's anticipated motion to dismiss Plaintiff's Amended Complaint and objections to Plaintiff proceeding anonymously. ECF Nos. 33-34. Upon review of the submissions, the Court denies Defendant's request for a pre-motion conference. Defendant is hereby GRANTED leave to file a motion to dismiss and objections according to the following briefing schedule:

- Opening brief: August 16, 2021
- Opposition brief: August 30, 2021
- Reply brief: September 7, 2021

      The Clerk of Court is respectfully directed to terminate ECF No. 33.

**SO ORDERED.**

**Dated:**    **July 23, 2021**
            **New York, New York**

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**