

**Georgia Pestana**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

William A. Grey
Senior Counsel
Labor & Employment Law Division
phone: (212) 356-1181
fax: (212) 356-1189(not for service)
email:wgrey@law.nyc.gov

August 16, 2021

**VIA ECF**
Honorable Andrew L. Carter, JR.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:  <u>Doe v. City of New York, et al.</u>
            Docket No. 20-CV-8429 (ALC)(OTW)

Dear Judge Carter:

      I am a Senior Counsel in the office of Georgia Pestana, Corporation Counsel of the City of New York, attorney for the Defendant City of New York ("City") in the above-referenced action. Currently, the deadline for the Defendant City of New York to file their motion to dismiss is today. After finishing the brief, I have been unable to come under the 25 page limit for briefs found in Your Honor's individual rules at section 2(B). My brief, as written, is 28 pages long.

      The Defendant respectfully requests that the brief filing this evening be enlarged to allow for 28 pages. The Defendant included both the motion to dismiss and the motion concerning Plaintiff's request to proceed pseudonymously in the same brief. While this allows for judicial economy it was not possible to put forth all of the necessary arguments in the 25 page limit.

      Accordingly, the Defendants respectfully request that they be allowed to file a brief that exceeds Your Honor's page limitations by three pages.

                                        Respectfully submitted,
                                              /s/
                                        William A. Grey
                                        Senior Counsel