UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

JANE DOE,

                              Plaintiff,

       -against-

CITY OF NEW YORK, GINO PELAEZ, and
EDWIN CRESPO,

                              Defendants.

------------------------------------------------------------------ x

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

20-CV-08429 (ALC)(OTW)

       **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, dated August 16, 2021, and upon all prior pleadings and proceedings had herein, Defendant, the City of New York will move this Court, before the Honorable Andrew W. Carter, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern of New York, located at 40 Foley Square, New York, New York, at a time and place to be set by the Court for an order and judgment, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the Complaint against the Defendant on the ground that the Complaint fails to state a claim upon which relief can be granted, that it violates the applicable statute of limitations, and granting such other and further relief that this Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order at Docket Number 35, opposition briefs shall be filed by August 30, 2021 and any reply affidavits and memoranda of law shall be filed by September 7, 2021.

Dated:    New York, New York
          August 16, 2021

                              **GEORGIA PESTANA**
                              Corporation Counsel of the
                                City of New York
                              Attorney for Defendants
                              100 Church Street, Room 2-171
                              New York, New York 10007
                              (212) 356-1181
                              wgrey@law.nyc.gov

                          By:    /s/_____
                                  William A. Grey
                                  Assistant Corporation Counsel

To:    Susan Crumiller (*by ECF*)
        Attorney for Plaintiff
        susan@crumiller.com

Docket No. 20-CV-8429 (ALC)(OTW)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

Plaintiff,

-against-

CITY OF NEW YORK, GINO PELAEZ, and EDWIN CRESPO,

Defendants.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

*GEORGIA PESTANA*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-172*
*New York, New York  10007*

*Of Counsel:  William A. Grey*
*Telephone:  (212) 356-1181*

*Due and timely service is hereby admitted.*

*New York, N.Y. ..................................................... , 2015.*

*Signed ...............................................................................*

*Attorney for .......................................................................*