UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>              Plaintiff,<br><br>- against -<br><br>CITY OF NEW YORK, GINO PELAEZ, and EDWIN CRESPO,<br><br>              Defendants. | **DECLARATION OF WILLIAM A. GREY IN SUPPORT OF DEFENDANT CITY OF NEW YORK'S MOTION TO DISMISS**<br><br>20-CV-08429 (ALC)(OTW) |

    **WILLIAM A. GREY** declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

    1.  I am a Senior Counsel in the office of Georgia Pestana, Corporation Counsel of the City of New York, attorneys for defendant the City of New York in the above-captioned action. I respectfully submit this declaration in support of defendants' motion for summary judgment.

    2.  Annexed hereto as Exhibits "A" through "C" are true and correct copies of the documents which they purport to be and/or are otherwise publicly available, and which are relied upon and cited in defendant's memorandum of law in support of defendants' motion to dismiss.

    3.  The documents and excerpts are as follows:

    Exhibit A: True and accurate copy of Jennifer Shaw's Affidavit.

    Exhibit B: A true and accurate copy of a text message.

    Exhibit C: A true and accurate copy of the Decision and Order on Motion dated June 2, 2021 in an action identified as Jane Doe v. City of New York, 100601/2020.

Dated:   New York, New York
       August 16, 2021

**GEORGIA E. PESTANA**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, 2-172
New York, New York 10007
(212) 356-1181
wgrey@law.nyc.gov

By:    /s/ _____
         William A. Grey
         Senior Counsel

2