UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JANE DOE,

                              Plaintiff,

            - against -

THE CITY OF NEW YORK, GINO PELAEZ, and
EDWIN CRESPO,

                             Defendants.

**AFFIDAVIT**

Case No: 20-cv-8429 (ALC)

------------------------------------------------------------------- x

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF THE BRONX )

JENNIFER SHAW, being duly sworn, deposes and says as follows:

1. I am an Assistant District Attorney with the Bronx County District Attorney's Office.

2. On October 21, 2020, I received an unsolicited text message from phone number [Cell Phone Number Redacted] in which the author identified herself as [Plaintiff's Name Redacted].

3. A true and accurate copy of this text message is appended to the Declaration of William A. Grey and identified as Defendant's Exhibit B.

4. It is my understanding that, in this text message, [Plaintiff's Name Redacted] voluntarily identified herself to me as the Plaintiff in the instant action and asked me to speak to her attorney.

Dated: New York, New York
       August 12, 2021

_____
JENNIFER SHAW

Sworn to before me this 12th day of August 2021.


_____
NOTARY PUBLIC

KYLE T DALRYMPLE
Notary Public - State of New York
NO. 01DA6392664
Qualified in Putnam County
My Commission Expires Jun 3, 2023