**Grey, William (Law)**

**From:** Shaw, Jennifer (BronxDA)
**Sent:** Wednesday, October 28, 2020 1:25 PM
**To:** Ma, Beverly M. (BronxDA)
**Subject:** Re: Text message

1:23   LT

Cell Phone Number Redacted



Hey, it's Plaintiff's Name Redacted. Not sure is you saw the article about my lawsuit as Jane Doe But, but since the article came out my attorney has been speaking with other individuals from BXDA about their experience making EEO complaints. Would you mind confidentially speaking to my attorney about your experience? If you don't feel comfortable, no worries at all whatsoever! Hope you and your family is doing well!

Best,

Jennifer Shaw
Supervising Assistant District Attorney
Civil Litigation Bureau
Office of the District Attorney, Bronx County
260 E. 161st Street
Bronx, NY 10451
P: 718.838.6215
shawj@bronxda.nyc.gov

**From:** Ma, Beverly M. (BronxDA) <Mab@Bronxda.nyc.gov>
**Sent:** Wednesday, October 28, 2020 1:17:30 PM
**To:** Shaw, Jennifer (BronxDA) <shawj@bronxda.nyc.gov>
**Subject:** RE: Text message

Hi Jennifer

[REDACTED — Attorney-Client Privilege]

Thanks –
Beverly

**From:** Shaw, Jennifer (BronxDA) <shawj@bronxda.nyc.gov>
**Sent:** Wednesday, October 21, 2020 2:29 PM
**To:** Ma, Beverly M. (BronxDA) <Mab@Bronxda.nyc.gov>
**Subject:** Text message

Beverly,

[REDACTED — Attorney-Client Privilege]

Best,

Jennifer Shaw
Supervising Assistant District Attorney
Civil Litigation Bureau
Office of the District Attorney, Bronx County
260 E. 161st Street
Bronx, NY 10451
P: 718.838.6215

2

shawj@bronxda.nyc.gov