UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                *Plaintiff*,

     -against-

CITY OF NEW YORK, EDWIN
CRESPO, and GINO PELAEZ,

              *Defendants.*

Case No. 20-CV-7483

DECLARATION OF PLAINTIFF

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

███████████, being duly sworn, deposes and says:

1.     I am the Plaintiff in this action. I am identified as "Jane Doe" in the above-captioned matter.

2.     I wish to use this pseudonym to protect my identity in this action, as the allegations involve multiple sexual assaults that were perpetrated against me.

3.     I am willing to disclose my true name to any attorneys, experts, consultants, and any person otherwise retained to provide specialized advice to Defendant City in this action.

4.     Prior to commencing this action, I revealed my identity to Ms. Shaw. This individual was a prior colleague of mine, who I believed could have assisted me in my prosecution of this case.

5.     I believed that the individual I reached out to was a friend, and that our communications had been made in confidence.

6.     Since commencing this action, I have maintained my confidentiality.

7.     I have not engaged with any members of the press regarding the underlying facts of this case. In fact, I have rejected all offers to talk to various media entities that have been

communicated to me by my attorneys.

8.      I will continue to refrain from communicating with media and press about this case.

9.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August  30  , 2021

