

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **William A. Grey**<br>Senior Counsel<br>Labor & Employment Law Division<br>phone: (212) 356-1181<br>fax: (212) 356-1189(not for service)<br>email:wgrey@law.nyc.gov |

September 27, 2021

<u>**VIA ECF**</u>
Honorable Andrew L. Carter, JR.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      Re:  <u>Doe v. City of New York, et al.</u>
           Docket No. 20-CV-8429 (ALC)(OTW)

Dear Judge Carter:

      I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for the Defendant The City Of new York in the above-referenced action.  I filed my reply memorandum of law today, September 27, 2021.  When I read the motion schedule I erred and calendered my response as due today.  When reviewing the docket today I saw that this was my error and that my reply was due on September 7, 2021, 20 days earlier.

      I informed both counsel via email today of my error and that I would be writing a letter to the Court.  I apologize to the Court and to Counsel for this law office failure and ask that you please not prejudice my client due to my oversight and mistake.  Thank you for your consideration of this request.

                                                    Respectfully submitted,
                                                         /s/
                                                     William A. Grey
                                                   Senior Counsel