UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

                            Plaintiffs,

- against -

CITY OF NEW YORK, EDWIN CRESPO,
and GINO PELAEZ

                            Defendant.

**NOTICE OF APPEARANCE**

Case No. 20-CV-8429

       **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendant Edwin Crespo in the above-captioned action. Accordingly, I respectfully request that any future correspondence, filings, ECF notifications or other information relating to this matter be addressed to me at the address below.

Dated:      New York, New York
              September 28, 2021

                                          **GEORGIA M. PESTANA**
                                          Corporation Counsel of the City of New York
                                          *Attorneys for Defendant Edwin Crespo*
                                          100 Church Street, Room 2-171
                                          New York, New York 10007
                                          (212) 356-1181

                                          By:   /s/ *William A. Grey*
                                                 WILLIAM A. GREY
                                                 Assistant Corporation Counsel

TO: Susan Crumiller (Via ECF)

- 2 -

Crumiller P.C. attorneys for Plaintiff
16 Court Street
Ste. 2500
Brooklyn, NY 11241
(212) 390-8480
susan@crumiller.com

Peter E. Brill (Via ECF)
Brill Legal Group
306 Fifth Avenue, Penthouse
New York, NY 10001
(212) 233-4141
pbrill@brill-legal.com