```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/8/2021____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANE DOE,** | |
| Plaintiff, | **20-cv-08429 (ALC)** |
| -against- | **ORDER SETTING CONFERENCE** |
| **CITY OF NEW YORK, ET AL.,** | |
| Defendants. | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' pre-motion conference letters concerning Defendant Crespo's anticipated motion to dismiss. ECF Nos. 47, 48. Defendant's request is hereby **GRANTED**. The Court will hold a pre-motion conference on **Monday, November 15, 2021 at 2:00PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   November 8, 2021
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**