UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JANE DOE,

                                 Plaintiff,               **NOTICE OF MOTION TO DISMISS THE COMPLAINT**

    -against-                                   20-CV-08429 (ALC)(OTW)

CITY OF NEW YORK, GINO PELAEZ, and
EDWIN CRESPO,

                                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant Edwin Crespo's Motion to Dismiss the Amended Complaint, dated December 20, 2021, and upon all prior pleadings and proceedings had herein, Defendant, the City of New York will move this Court, before the Honorable Andrew W. Carter, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern of New York, located at 40 Foley Square, New York, New York, at a time and place to be set by the Court for an order and judgment, pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, dismissing the Complaint against the Defendant Edwin Crespo on the ground that the Complaint fails to state a claim upon which relief can be granted, and granting such other and further relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition briefs shall be filed by January 10. 2022 and any reply affidavits and memoranda of law shall be filed by January 24, 2022.

Dated: New York, New York
December 20, 2021

GEORGIA M. PESTANA
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 2-171
New York, New York 10007
(212) 356-1181
wgrey@law.nyc.gov

By:   /s/
      William A. Grey
      Assistant Corporation Counsel

To:  Susan Crumiller (*by ECF*)
     Attorney for Plaintiff
     susan@crumiller.com

Docket No. 20-CV-8429 (ALC)(OTW)

| |
|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |
| JANE DOE,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, GINO PELAEZ, and EDWIN CRESPO,<br><br>                                                                    Defendants. |
| **NOTICE OF MOTION TO DISMISS THE COMPLAINT**<br><br>*GEORGIA PESTANA*<br>*Corporation Counsel of the City of New York*<br>*Attorney for Defendants*<br>*100 Church Street, Room 2-172*<br>*New York, New York  10007*<br><br>*Of Counsel: William A. Grey*<br>*Telephone:  (212) 356-1181* |
| *Due and timely service is hereby admitted.*<br><br>*New York, N.Y ......................................................, 2015.*<br><br>*Signed ................................................................................*<br><br>*Attorney for ........................................................................* |