UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                                                        Plaintiff,<br><br>- against -<br><br>THE CITY OF NEW YORK, GINO PELAEZ, and EDWIN CRESPO,<br><br>                                                       Defendants. | **DECLARATION OF WILLIAM A. GREY IN SUPPORT OF DEFENDANT EDWIN CRESPO'S MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>20-CV-8429 (ALC)(OTW) |

        **WILLIAM A. GREY** declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

        1.        I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants the City of New York and Edwin Crespo in the above-captioned action. I respectfully submit this declaration in support of defendant Edwin Crespo's motion to dismiss the amended complaint.

        2.        Annexed hereto as Exhibit "A" is a true and correct copy of the document which is publicly available, and which are relied upon and cited in defendants memorandum of law in support of defendants' motion to dismiss.

        3.        The documents and excerpts are as follows:

        Exhibit A:    A copy of the declaration of Andrea Rossbach dated December 11, 2020.

Dated:        New York, New York
                      December 20, 2021

**Georgia M. Pestana**
Corporation Counsel of the City of New York
Attorney for Defendants
City of New York and Edwin Crespo
100 Church Street, 2-171
New York, New York 10007
(212) 356-1181
wgrey@law.nyc.gov

By: /s/ _____
     William A. Grey
     Senior Counsel