UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANE DOE,

                       Plaintiff,

     -against-                                  20 **CIVIL** 8429 (ALC)

                                                 **JUDGMENT**

CITY OF NEW YORK, et al.,

                       Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2022, Defendant City of New York motion to dismiss is GRANTED. As the Court declines to exercise supplemental jurisdiction over the remaining state law claims, these claims are dismissed without prejudice. The remaining motions pending before the Court are DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

        March 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                            **BY:**

                                                        **Deputy Clerk**